# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
No. 15-927V
**Filed: September 21, 2016**

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * | | UNPUBLISHED |
| SARAH HENLEY, | * | |
| | * | |
| Petitioner, | * | Special Master Hamilton-Fieldman |
| v. | * | |
| | * | Joint Stipulation of Dismissal; |
| | * | Postural Tachycardia Syndrome |
| SECRETARY OF HEALTH | * | ("POTS"). |
| AND HUMAN SERVICES, | * | |
| | * | |
| Respondent. | * | |
| * * * * * * * * * * * * * * * * * * * * | | |

<u>Kelly D. Burdette</u>, Burkett & Burdette, Seattle, WA, for petitioner.
<u>Voris E. Johnson</u>, United States Department of Justice, Washington, DC for respondent.

### ORDER CONCLUDING PROCEEDINGS[1]

On September 21, 2016, the parties filed a joint stipulation of dismissal requesting that this claim be dismissed pursuant to Vaccine Rule 21(a)(1)(b). In accordance with this rule, this case is hereby dismissed without prejudice. The Clerk of the Court is instructed that judgment shall not enter in the instant case pursuant to 42 U.S.C. § 300aa-21(a).

**IT IS SO ORDERED.**

<u>s/ Lisa Hamilton-Fieldman</u>
Lisa Hamilton-Fieldman
Special Master

---

[1] Because this decision contains a reasoned explanation for the undersigned's action in this case, the undersigned intends to post this ruling on the website of the United States Court of Federal Claims, in accordance with the E-Government Act of 2002, 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). As provided by Vaccine Rule 18(b), each party has 14 days within which to request redaction "of any information furnished by that party:  (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b).

1